# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M. Pondelick <br>       <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-16259 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage, LLC, as Servicer for USAA FEDERAL SAVINGS BANK, and index same on the master mailing list.

Re: Loan # Ending In: 9818

                                                Respectfully submitted,

                                                **<u>/s/Joshua I. Goldman, Esquire</u>**
                                                Joshua I. Goldman, Esquire
                                                Thomas Puleo, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406