# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: | Case No: 16-16259 – jkf |
| **David M. Pondelick,** | Chapter: 13 |
| Debtor. | Judge:   Jean K. Fitzsimon |

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

USAA Federal Savings Bank, a creditor and party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests that all notices required to be mailed or served in this case be directed to:

>Lisa Cancanon
>Weinstein & Riley, P.S.
>11101 West 120th Avenue #280
>Broomfield, CO 80021

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters her Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

Dated: June 12, 2017

/s/ Lisa Cancanon
Lisa Cancanon, PA #323550
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600

## CERTIFICATE OF SERVICE

On June 12, 2017, I placed a true and correct copy of the attached Appearance of Counsel and Request for Notice in the U.S. Mail, First Class Postage pre-paid, to the following parties listed below:

| Debtor: | Debtor's Attorney: |
|---|---|
| **David M. Pondelick**<br>1933 Foster Road<br>Hatfield, PA 19440 | **Joseph L. Quinn**<br>The Law Office of Stephen Ross PC<br>152 E. High Street, Suite 100<br>Pottstown, PA 19464 |
| Trustee: | U.S. Trustee: |
| **William C. Miller, Esq.**<br>Chapter 13 Trustee<br>1234 Market Street Suite 1813<br>Philadelphia, PA 19107 | Office of the U.S. Trustee<br>833 Chestnut St. Suite 500<br>Philadelphia, PA 19107 |

Dated: June 12, 2017

/s/ Mary Gould
Mary Gould, Assistant to Lisa Cancanon