Certificate Number: 05781-PAE-DE-035296156

Bankruptcy Case Number: 16-16259



05781-PAE-DE-035296156

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2021, at 12:46 o'clock PM PST, David Pondelick completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 23, 2021

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President