United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-16259-elf

David M. Pondelick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Nov 01, 2021     Form ID: 138OBJ     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Pondelick, 1933 Foster Road, Hatfield, PA 19440-2602 |
| 13831673 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13841690 | + | Greensky Credit, PO BOX 530584, Atlanta, GA 30353-0584 |
| 13852115 | | Pentagon Federal Credit Union, P.O. Box 1432, VA 22313 |
| 13787471 | + | Suntrustbank/GreenSky Loan Servicing, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 13856214 | + | USAA FEDERAL SAVINGS BANK, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, P.O. Box 619094, Dallas, TX 75261-9094 |
| 13787473 | | USAA Federal Savings Bank, PO Box 650660, Dallas, TX 75265-0660 |
| 13787472 | | Usaa Federal Savings B, Po Box 47504, San Antonio, TX 78265 |
| 13787474 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 13787475 | + | Usaa/Nationstar, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2021 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13802688 | | Email/Text: mrdiscen@discover.com | Nov 02 2021 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13787467 | + | Email/Text: mrdiscen@discover.com | Nov 02 2021 00:37:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13787468 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2021 00:37:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 13787466 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2021 00:37:37 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13787469 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2021 00:37:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13852116 | | Email/Text: bkrgeneric@penfed.org | Nov 02 2021 00:37:00 | Pentagon Federal Credit Union, P.O. Box 1432, Alexandria, VT 22313 |
| 13787470 | + | Email/Text: bkrgeneric@penfed.org | Nov 02 2021 00:37:00 | Pentagon Federal Cr Un, Po Box 1432, Alexandria, VA 22313-1432 |
| 13856472 | + | Email/Text: bncmail@w-legal.com | Nov 02 2021 00:37:00 | USAA Federal Savings Bank, c/o Weinstein & |

Case 16-16259-elf    Doc 39    Filed 11/03/21    Entered 11/04/21 00:40:35    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 22 |

| 13855935 | + Email/Text: bncmail@w-legal.com | Nov 02 2021 00:37:00 | Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132<br>USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
|---|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13933212 | *+ | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 13877975 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor David M. Pondelick CourtNotices@rqplaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor USAA FEDERAL SAVINGS BANK Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor USAA FEDERAL SAVINGS BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David M. Pondelick
    Debtor(s)

Case No: 16−16259−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/1/21