United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 16-16259-elf

David M. Pondelick                                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

**Recip ID**              **Recipient Name and Address**
db                 +  David M. Pondelick, 1933 Foster Road, Hatfield, PA 19440-2602

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:**

**Name**              **Email Address**

CHARLES GRIFFIN WOHLRAB
          on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

DENISE ELIZABETH CARLON
          on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com

JOSEPH L QUINN
          on behalf of Debtor David M. Pondelick CourtNotices@rqplaw.com

JOSHUA I. GOLDMAN
          on behalf of Creditor USAA FEDERAL SAVINGS BANK Josh.Goldman@padgettlawgroup.com
          angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ

District/off: 0313-2                              User: admin                                        Page 2 of 2

Date Rcvd: Feb 28, 2022                          Form ID: 195                                      Total Noticed: 1

on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS I. PULEO

on behalf of Creditor USAA FEDERAL SAVINGS BANK tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                      : Chapter 13

David M. Pondelick                                          : Case No. 16–16259–elf
       Debtor(s)

## *ORDER*
_____

    AND NOW, this day , February 28, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                         By The Court

                         Eric L. Frank
                         Judge , United States Bankruptcy Court