# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M. Pondelick<br>    Debtor(s)<br><br>USAA FEDERAL SAVINGS BANK<br>    Movant<br>  vs.<br><br>David M. Pondelick<br>    Debtor(s)<br><br>William C. Miller Esq.,<br>Trustee | BK NO. 16-16259 ELF<br><br>Chapter 13<br><br>Related to Claim No. 8 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 11, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
David M. Pondelick
1933 Foster Road
Hatfield, PA 19440

Attorney for Debtor(s)
Joseph L. Quinn, 192 S.Hanover Street, Suite 101
Pottstown, PA 19464

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: August 11, 2021

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627–1322
dcarlon@kmllawgroup.com